*Compiled*

**IN THE SUPERIOR COURT OF GUAM**

FILED
SUPERIOR COURT

2013 JUL 31 PM 3: 11

CLERK OF COURT

BY:

KIMBERY K. BERSAMIN, LOUISE K. TOGAWA, RICHARD J. BERSAMIN, ANDREW J. BERSAMIN, and CINDY L. CHUGRAD,

    Plaintiffs,

    vs.

ESTATE OF JUAN CRUZ WHITE, WILLIAM S. WHITE, MANUELA W. KORNELLE, TITAN CORPORATION dba TITAN REALTY, ASSOCIATED ENTERPRISES, INC. dba WORLD REALTY, PATRICK SULLIVAN, and FRANKLIN JIMENEZ,

    Defendants.

TITAN CORPORATION dba TITAN REALTY,

    Cross-Claimant,

    vs.

ESTATE OF JUAN CRUZ WHITE, WILLIAM S. WHITE, MANUELA W. KORNELLE, ASSOCIATED ENTERPRISES, INC. dba WORLD REALTY, PATRICK SULLIVAN dba USA REALTY, and FRANKLIN JIMENEZ,

    Cross-Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL CASE NO. CV2063-10**

**DECISION AND ORDER**

## INTRODUCTION

This matter came before the Honorable Judge James L. Canto II on Plaintiffs' motion for reconsideration, filed February 22, 2013. Oral arguments were heard on April 15, 2013. Attorney Anita P. Arriola, Esq. appeared on behalf of Plaintiffs and Attorney George N. Valdes,

Esq. appeared on behalf of Defendant Titan Corporation. Having considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order.

## BACKGROUND

On February 1, 2013, the Court granted partial summary judgment in favor of Defendant Titan Corporation dba Titan Realty (hereinafter "Titan") against Plaintiffs' claim of negligence. On February 22, 2013, Plaintiffs filed a motion for relief from partial summary judgment pursuant to Guam R. Civ. P. 60(b)(1). Plaintiffs argue that the Court erroneously applied the Economic Loss Doctrine espoused in *Maeda Pacific Corp. v. GMP Hawaii, Inc.*, 2011 Guam 20 and further overlooked precedent in *Wilkinson v. Jones*, 2004 Guam 14 regarding agency duties.

## DISCUSSION

Under Guam law, a party may be relieved from final judgment for the reasons of, "mistake, inadvertence, surprise, or excusable neglect." Guam R. Civ. P. 60(b)(1). "The 'mistakes' of judges may be remedied under this provision. The rule encompasses mistakes in the application of the law." *Cristobal v. Siegel*, 2012 Guam 16 ¶ 8 (*quoting Parks v. U.S. Life & Credit Corp.*, 677 F.2d 838, 839-840 (11th Cir. 1982)).

In this case, the Court does not find a mistake in the application of the law for the following reasons. First, for the reasons presented in its decision granting partial summary judgment, the Court finds the Economic Loss Doctrine to be persuasive in this case. *See Bersamin v. Estate of Juan Cruz White*, CV2063-10, Decision and Order on Motion for Summary Judgment, at 4-5 (Super. Ct. Guam Feb. 1, 2013). Second, the Court does not agree that the holding in *Wilkinson*, 2004 Guam 14 controls the analysis of Titan's management of the water utility installation in this case. For these reasons the motion for reconsideration under Guam R. Civ. P. 60(b)(1) shall be denied.

///

///

///

## CONCLUSION

Based upon the foregoing, Plaintiffs' motion for reconsideration is hereby DENIED.

SO ORDERED this 29TH day of July, 2013.

---

**HONORABLE JAMES L. CANTO II**
**Judge Superior Court of Guam**

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

JUL 3 1 2013

James R. Borja
Deputy Clerk, Superior Court of Guam